UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| KELLY DAVIS ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | [ELECTRONICALLY FILED] |
| ) | |
| ) | |
| COTIVITI, LLC   . ) | |
| ) | Civil Action No. 3:18 – CV– 0372 - RGJ |
| ) | |
| Defendant ) | |

**STIPULATION:**

As evidenced by the signature of counsel for Plaintiff below, Plaintiff, Kelly Davis, hereby stipulates as follows:

1. The amount in controversy in connection with Plaintiff's claims asserted in this case is less than seventy-five thousand dollars ($75,000), inclusive of punitive damages, costs, attorneys' fees, and the fair market value of any injunctive relief; and

2. Plaintiff will neither seek nor accept any amount equal to or greater than seventy-five thousand dollars ($75,000), inclusive of punitive damages, costs, attorneys' fees, and the fair market value of any injunctive relief.

This stipulation is intended to be unequivocal and binding on Plaintiff, and it is Plaintiff's intention that this Stipulation be used by the Court to limit the amount of any award to Plaintiff. The Plaintiff agrees that Plaintiff cannot revoke this stipulation.

So stipulated on June 12, 2018:


s/ Kurt A. Scharfenberger
Kurt A. Scharfenberger
800 Kentucky Home Life Building
239 S. Fifth Street, Louisville, KY  40202
Phone: (502) 561-0777
Fax: (502) 568-1319
Email: kurt@scharfenberger-law.com
Attorney for Plaintiff